360 A.2d 638
COMMONWEALTH
v.
HOLROYD, Appellant.

Argued March 21, 1975.
Irvin J. Kopf, for appellant;   Peter F. Schenck, Assistant District Attorney, with him Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.